## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Paul Oleghe**, | Bankruptcy No. 16-bk-29366 |
| Debtor. | Honorable Pamela S. Hollis |

## COVER SHEET FOR FINAL FEE APPLICATION OF FACTORLAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Peter N. Metrou, Chapter 7 Trustee for the estate of Paul Oleghe |
| Period for Which Compensation is Sought: | May 8, 2017 – April 3, 2018 |
| Amount of Fees Sought: | $7,907.75 |
| Amount of Expense Reimbursement Sought: | $342.25 |
| This is an: | Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $0.00.

{00113756}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Paul Oleghe**, | Bankruptcy No. 16-bk-29366 |
| Debtor. | Honorable Pamela S. Hollis |

## NOTICE OF APPLICATION

**Please take notice** that on **Friday, May 4, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois on the 2nd Floor of the Joliet City Hall building located at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the attached **Final Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: April 6, 2018

**FactorLaw**

By: */s/ Ariane Holtschlag*
One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Fax:     (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Ariane Holtschlag, an attorney, hereby certify that on April 6, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *Final Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

*/s/ Ariane Holtschlag*

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com;<br>bharlow@wfactorlaw.com;<br>gsullivan@ecf.inforuptcy.com;<br>holtschlagar43923@notify.bestcase.com |
| **Cari A Kauffman** | ckauffman@sormanfrankel.com;<br>dfrankel@sormanfrankel.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Peter N Metrou** | met.trustee7@att.net;<br>met.trustee7@att.net;<br>pmetrou@ecf.epiqsystems.com |
| **Katherine C Mosenson** | katem@chilpwf.com;<br>karen.tarjan@gmail.com |
| **Jerrod V. Olszewski** | jerrodo@chilpwf.com;<br>jerrod.olszewski@gmail.com;<br>vedranaa@chilpwf.com;<br>taniam@chilpwf.com |
| **Ariel Weissberg** | ariel@weissberglaw.com;<br>Hava@weissberglaw.com;<br>sarah@weissberglaw.com; |

victor@weissberglaw.com;
rakesh@weissberglaw.com;
dev@weissberglaw.com;
weissberg401@gmail.com;
hava@ecf.courtdrive.com

**Amanda J Wiese**                bankruptcy@hsbattys.com;
                                  bk4hsbm@gmail.com

**Non-Registrants**
(Service via US Mail)

| | |
|---|---|
| Paul Oleghe<br>1224 Blackhawk Drive<br>University Park, IL 60484 | Dimitrios A. Parhas<br>Mulherin, Rehfeldt & Varchetto, P.C.<br>211 South Wheaton Avenue, Suite 200<br>Wheaton, Illinois 60187 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

PNC BANK, NATIONAL ASSOCIATION
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342-5421

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606-3108

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Arnold Scott Harris, P.C
111 West Jackson Boulevard
Suite 600
Chicago, IL 60604-3517

Best Buy Credit Services
P.O. Box 78009
Phoenix, AZ 85062-8009

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
P.O. Box 15548
Wilmington, DE 19886-5548

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

City of Chicago
Dept. of Finance
P.O. Box 88292
Chicago, IL 60680-1292

EdFinancial Services
P.O. Box 36008
Knoxville, TN 37930-6008

Ford Motor Corporation
Omaha Service Center
PO Box 2000
Omaha, NE 68103-2000

Greenfield Lawn Care, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

Greenfields Lawn Care, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2589

Honda Financial Services
c/o Focus Receivables Management
1130 Northcase Parkway, Suite 150
Marietta, GA 30067-6429

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMorgan Chase
35 Wacker Drive
Chicago, IL 60603

Laborers' Pension Fund
11465 W. Cermak Road
Westchester, IL 60154-5771

Linebarger Goggan Blair & Sampson
P.O. Box 06140
Chicago, IL 60606-0140

Neiman Marcus / Capital One
P.O. Box 5235
Carol Stream, IL 60197-5235

Osaghae & Associates, Ltd.
11070 S. Western Avenue
Chicago, IL 60643-3928

PNC Bank
P.O Box 3180
Pittsburgh, PA 15230-3180

Paul Oleghe
1224 Blackhawk Drive
University Park, IL 60484-3322

PTL Landscaping, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

Paychex
Human Resource Services
1175 John St.
West Henrietta, NY 14586-9102

RR Landscape Supply
3900 W. 167th Street
Markham, IL 60428-5307

Shorewood Home & Auto, Inc.
3445 Eagle Nest Dr.
Crete, IL 60417-1287

Vantage Sourcing
P.O. Box 6786
Dothan, AL 36302-6786

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605-2993

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Paul Oleghe**, | Bankruptcy No. 16-bk-29366 |
| Debtor. | Honorable Pamela S. Hollis |

### FACTORLAW'S FINAL APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "*FactorLaw*"), counsel for Peter N. Metrou, not individually but as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate (the "*Estate*") of Pauul Oleghe (the "*Debtor*"), hereby submits its final application (the "*Application*") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation of **$7,907.75** for legal services performed by FactorLaw during the period of May 8, 2017 through April 3, 2018 (the "*Application Period*") and **$342.25** in expenses incurred in connection with those services. In support of its Application, FactorLaw states as follows:

### JURISDICTION

1.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.    Venue of the above-captioned case (the "*Case*") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

## BACKGROUND

4.    On September 14, 2016, (the "***Petition Date***") the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"), thereby initiating the Case.

5.    Subsequent to the Petition Date, the Trustee was appointed as the interim case trustee. The Trustee now serves as permanent trustee and is charged with administering all property of the Estate.

6.    On June 2, 2017, the Court approved the Trustee's retention of FactorLaw effective retroactively as of May 8, 2017 to investigate certain assets of the Estate.

7.    On February 8, 2017, the Trustee filed a complaint against Matthew Ikhumen ("***Ikhumen***") seeking to avoid and recover a transfer from the Debtor (the "***Adversary Proceeding***").

8.    On October 6, 2017, an order was entered Granting Partial Summary Judgment (the "***Judgment***") in the Trustee's favor and against Ikhumen, in the amount of $18,000.00.

9.    In an effort to collect upon the Judgment, the Trustee caused to be issued a citation to discover assets against Ikhumen.

10.    Ultimately the Trustee and Ikhumen reached a settlement of the Judgment for $10,000.00 which was approved by this Court on January 12, 2018.

11.    The settlement has now been fully consummated and the Trustee is preparing to file his final report.

## FEE APPLICATION

### I. Services performed.

12.    FactorLaw maintains contemporaneous written records of the time expended by its professionals.

13.    Such records for the Case, copies of which are grouped and attached hereto as **Exhibit 1**, set forth in detail: (a) the services rendered by FactorLaw (the "*Services*") on behalf of the Trustee, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

*1.    Summary of Services by professional.*

14.    FactorLaw spent a total of 33.2 hours at a cost of $9,062.50 in connection with this Case during the Application Period. FactorLaw has voluntarily agreed to reduce its fee request to $7,907.75

15.    A breakdown of the professionals providing Services is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350[1] | 29.8 | $8,772.50 |
| Danielle Ranallo | Legal Assistant | $75/$100[2] | 3.4 | $290.00 |
| | | **Totals:** | **33.2** | **$9,062.50** |

*A. Itemization of fees by category of Services rendered.*

16.    **Case Administration.**  FactorLaw spent a total of 3.6 hours at a cost of $910.00 on matters relating to case administration.

17.    A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 2.2 | $770.00 |

---

[1] Ms. Holtschlag's hourly rate was increased in the ordinary course of FactorLaw's annual rate adjustments.
[2] Ms. Ranallo's hourly rate was increased in the ordinary course of FactorLaw's annual rate adjustments.

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Danielle Ranallo | Legal Assistant | $75/$100 | 1.4 | $140.00 |
| | | Totals: | 3.6 | $910.00 |

18. **Adversary Proceeding.** FactorLaw spent a total of 15.5 hours at a cost of $4,095.00 on matters relating preparing and prosecuting the Adversary Proceeding.

19. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 14.9 | $4,050.00 |
| Danielle Ranallo | Legal Assistant | $75/$100 | 0.6 | $45.00 |
| | | Totals: | 15.5 | $4,095.00 |

20. **Post-Judgment Collection**. FactorLaw spent a total of 7.1 hours at a cost of $2,107.50 on matters relating to collecting the Judgment.

21. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 6.3 | $2,047.50 |
| Danielle Ranallo | Legal Assistant | $75/$100 | 0.8 | $60.00 |
| | | Totals: | 7.1 | $2,107.50 |

22.   **Settlement**.  FactorLaw spent a total of 7.0 hours at a cost of $1,950.00 on matters relating to settling the Judgment.

23.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Partner | $275/$325/$350 | 6.4 | $1,905.00 |
| Danielle Ranallo | Legal Assistant | $75/$100 | 0.6 | $45.00 |
| | | **Totals:** | **7.0** | **$1,950.00** |

## II. Expenses

24.   FactorLaw incurred $342.25 in actual and necessary expenses related to this Case. A copy of the expense record is attached hereto as **Exhibit 2**.

25.   FactorLaw does not bill its clients or seek compensation in this Application for its overhead expenses. The expenses listed above are actual out of pocket costs advanced by FactorLaw.

## III. FactorLaw's retention was appropriate through the Application Period

26.   During the Application Period, no agreement or understanding exists between FactorLaw and any other person for the sharing of compensation received or to be received in connection with this Case.

27.   No compensation has been promised to FactorLaw other than as disclosed or approved by this Court. FactorLaw certifies that there is no agreement between the firm and any other party regarding the sharing of

fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.

28.     Finally, FactorLaw represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

## BASIS FOR THE REQUESTED RELIEF

29.     Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

30.     In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); *accord In re UNR Indus.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

31.     The Seventh Circuit has mandated that an "attorney's actual billing rate … is considered to be the presumptive market rate." *Small*, 264 F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or his services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), cert. denied, 532 U.S. 1066 (2001).

32.     Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*,157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 Lawrence P. King, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate— is $238.13. This average rate is fair and reasonable in light of the services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by the FactorLaw is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$7,907.75**;

B. Authorizing reimbursement of FactorLaw for actual and necessary expenses in the amount of **$342.25**;

C. Authorizing the Trustee to pay FactorLaw the allowed compensation and reimbursement of expenses in the total amount of **$8,250.00**; and

D. Granting such other relief as the Court deems just and equitable.

Dated: April 6, 2018                          **FactorLaw**

                                              By: */s/ Ariane Holtschlag*
                                              One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Fax:     (847) 574-8233
Email:  aholtschlag@wfactorlaw.com