# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PAUL OLEGHE | § | Case No. 16-29366 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/14/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 33.16 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,966.84 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/11/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,678.13 , for a total compensation of $ 1,750.00 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 43.72 , for total expenses of $ 43.72 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2018                    By:/s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-29366 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PAUL OLEGHE | | | | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2016 |
| For Period Ending: | 06/12/2018 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1224 BLACKHAWK UNIVERSITY PARK IL 60484-0000 WILL | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 HONDA PILOT MILEAGE: 85000 (APPROX.) | 35,000.00 | 0.00 | | 0.00 | FA |
| 3. 2004 FORD F-350 MILEAGE: (APPROX.) APPROX. | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. 2001 CHEVROLET 250 MILEAGE: (APPROX.) (APPROX.) CAR IS INOPE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 2002 DODGE 150 MILEAGE: (APPROX.) (APPROX.) | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS HOUSEHOLD GOODS (1/2 INTEREST) (APPROX.) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. TELEVISION, COMPUTER, PRINTER, CELL PHONE (APPROX.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS WEARING APPAREL (APPROX.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. NECKLACE, WATCH AND RING (APPROX.) | 500.00 | 0.00 | | 0.00 | FA |
| 10. CASH ON HAND (APPROX.) | 100.00 | 0.00 | | 0.00 | FA |
| 11. JPMORGAN CHASE, N.A. | 2,996.91 | 0.00 | | 0.00 | FA |
| 12. TCF BANK | 504.60 | 0.00 | | 0.00 | FA |
| 13. PNC BANK | 1,086.24 | 0.00 | | 0.00 | FA |
| 14. PTL LANDSCAPING, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15. GREENFIELDS LAWN CARE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 16. OPPENHEIMER | 949.20 | 0.00 | | 0.00 | FA |
| 17. TERM LIFE POLICY WITH ALLSTATE | 0.00 | 0.00 | | 0.00 | FA |
| 18. Preferential Transfer | 20,000.00 | 20,000.00 | | 10,000.00 | FA |
| 19. 2000 Interstate (u) | 100.00 | 100.00 | | 0.00 | FA |
| 20. Oppenheimer (u) | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $160,236.95 | $20,100.00 | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into preferential transfer 10-13-2016.  Motion to employ counsel for the estate for preferential transfer granted 1/19/2017. Adversary for preferential transfer filed 2/8/17 See Dkt#40. Filed Motion to Settle Adversary 12/21/27 see Dkt#50. Order granted on Motion to settle 1/12/2018.

RE PROP #       18     --    SOFA lists $20,000.00 preferential transfer.

Initial Projected Date of Final Report (TFR): 01/01/2018          Current Projected Date of Final Report (TFR): 03/01/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-29366 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PAUL OLEGHE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1685 |
| | Checking |
| Taxpayer ID No: XX-XXX8334 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/18 | 18 | Ivie Investment Company | Settlement payment from Matthew Ikhumen | 1141-000 | $5,000.00 | | $5,000.00 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 04/05/18 | 18 | NIA Home Inc. 1249 West Hood Ave. Chicago, IL 60660 | Court Approved settlement See Dckt# 51 | 1141-000 | $5,000.00 | | $9,990.00 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,980.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.16 | $9,966.84 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $33.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $33.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $33.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:    $10,000.00    $33.16

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1685 - Checking | $10,000.00 | $33.16 | $9,966.84 |
| | $10,000.00 | $33.16 | $9,966.84 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-29366  
Debtor Name: PAUL OLEGHE  
Claims Bar Date: 5/11/2017  

Date: June 12, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 90 2700 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $350.00 | $350.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,678.13 | $1,678.13 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $43.72 | $43.72 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o Dkt# 54. | $0.00 | $7,907.75 | $7,907.75 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o Dkt# 54. | $0.00 | $342.25 | $342.25 |
| 1 280 5800 | INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $7,788.49 | $7,788.49 |
| 5 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority<br>Payment Status:<br>Valid To Pay | Objection Notes: The claim was not filed within ninety (90) days of the meeting of creditors or within the deadline given to file claims against the estate. The claim will be allowed as a tardily-filed claim, to be paid only after all timely-filed claims are paid in full. | $0.00 | $1,477.54 | $1,477.54 |
| 1 300 7100 | INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $753.24 | $753.24 |
| 2 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $506.63 | $506.63 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-29366  
Debtor Name: PAUL OLEGHE  
Claims Bar Date: 5/11/2017  
Date: June 12, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | CAVALRY SPV I, LLC<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD., SUITE 200<br>TUCSON, AZ 85712 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,231.65 | $1,231.65 |
| 4 300 7100 | LABORERS" PENSION FUND<br>11465 W. CERMAK ROAD<br>WESTCHESTER, IL 60154 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $75,358.31 | $75,358.31 |
| 5 380 7300 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $344.33 | $344.33 |
| | Case Totals | | | $0.00 | $97,782.04 | $97,782.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-29366
Case Name: PAUL OLEGHE
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 9,966.84

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,750.00 | $ 0.00 | $ 1,678.13 |
| Trustee Expenses: Peter N. Metrou | $ 43.72 | $ 0.00 | $ 41.92 |
| Attorney for Trustee Fees: FactorLaw | $ 7,907.75 | $ 0.00 | $ 7,582.97 |
| Attorney for Trustee Expenses: FactorLaw | $ 342.25 | $ 0.00 | $ 328.19 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 335.63 |

Total to be paid for chapter 7 administrative expenses $ 9,966.84

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,266.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 7,788.49 | $ 0.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 1,477.54 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,849.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 753.24 | $ 0.00 | $ 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 506.63 | $ 0.00 | $ 0.00 |
| 3 | CAVALRY SPV I, LLC | $ 1,231.65 | $ 0.00 | $ 0.00 |
| 4 | LABORERS" PENSION FUND | $ 75,358.31 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 344.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 344.33 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |