UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PAUL OLEGHE | § | Case No. 16-29366 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on July 20, 2018,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  6/13/2018          By: /s/ Peter N. Metrou
                                          Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| PAUL OLEGHE, | ) | CASE NO. 16-29366 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:  See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 13th day of June, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                      */s/ Peter N. Metrou*
                                                      **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent Via First-Class Mail**

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606-3108

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American InfoSource LP as agent for Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Vantage Sourcing
P.O. Box 6786
Dothan, AL 36302-6786

Arnold Scott Harris, P.C
111 West Jackson Boulevard
Suite 600
Chicago, IL 60604-3517

Best Buy Credit Services
P.O. Box 78009
Phoenix, AZ 85062-8009

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
P.O. Box 15548
Wilmington, DE 19886-5548

City of Chicago
Dept. of Finance
Chicago, IL 60602

City of Chicago
Dept. of Finance
P.O. Box 88292
Chicago, IL 60680-1292

EdFinancial Services
P.O. Box 36008
Knoxville, TN 37930-6008

Ford Motor Corporation
Omaha Service Center
PO Box 2000
Omaha, NE 68103-2000

Greenfield Lawn Care, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

Greenfields Lawn Care, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2589

Honda Financial Services
c/o Focus Receivables Management
1130 Northcase Parkway, Suite 150
Marietta, GA 30067-6429

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMorgan Chase
35 Wacker Drive
Chicago, IL 60603

Laborers' Pension Fund
11465 W. Cermak Road
Westchester, IL 60154-5771

Linebarger Goggan Blair & Sampson
P.O. Box 06140
Chicago, IL 60606-0140

Neiman Marcus / Capital One
P.O. Box 5235
Carol Stream, IL 60197-5235

Osaghae & Associates, Ltd.
11070 S. Western Avenue
Chicago, IL 60643-3928

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Paul Oleghe
1224 Blackhawk Drive
University Park, IL 60484-3322

Paychex
Human Resource Services
1175 John St.
West Henrietta, NY 14586-9102

Shorewood Home & Auto, Inc.
3445 Eagle Nest Dr.
Crete, IL 60417-1287

PNC Bank
P.O Box 3180
Pittsburgh, PA 15230-3180

PNC BANK, NATIONAL ASSOCIATION
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342-5421

PTL Landscape, Inc.
1224 Blackhawk Drive
Park Forest, IL 60484-3322

PTL Landscaping, Inc.
1224 Blackhawk Drive
University Park, IL 60484-3322

RR Landscape Supply
3900 W. 167th Street
Markham, IL 60428-5307

**Sent Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Ariel Weissberg
Weissberg & Associates, Ltd
401 S. LaSalle Street
Suite 403
Chicago, IL 60605-2993

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
PAUL OLEGHE § Case No. 16-29366
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 33.16 |
| leaving a balance on hand of[1] | $ | 9,966.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 1,750.00 | $ 0.00 | $ 1,678.13 |
| Trustee Expenses: Peter N. Metrou | $ 43.72 | $ 0.00 | $ 41.92 |
| Attorney for Trustee Fees: FactorLaw | $ 7,907.75 | $ 0.00 | $ 7,582.97 |
| Attorney for Trustee Expenses: FactorLaw | $ 342.25 | $ 0.00 | $ 328.19 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 335.63 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,966.84 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,266.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 7,788.49 | $ 0.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 1,477.54 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,849.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 753.24 | $ 0.00 | $ 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 506.63 | $ 0.00 | $ 0.00 |
| 3 | CAVALRY SPV I, LLC | $ 1,231.65 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | LABORERS" PENSION FUND | $ 75,358.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 344.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 344.33 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.