# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PAUL OLEGHE | § | Case No. 16-29366 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 116,336.95                    Assets Exempt: 23,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00          Claims Discharged
                                                  Without Payment:  262,835.49

Total Expenses of Administration:  10,000.00

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 175,375.30 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,355.01 | 10,355.01 | 10,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 9,266.03 | 9,266.03 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 78,194.16 | 78,194.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 175,375.30 | $ 97,815.20 | $ 97,815.20 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 09/14/2016 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/17/2018              By:/s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer | 1141-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Corporation, Omaha Service Center PO Box 2000 Omaha, NE 68154 | | 60,577.34 | NA | NA | 0.00 |
| | Honda Financial Services, c/o Focus Receivables Management 1130 Northcase Parkway, Suite 150 Marietta, GA 30067 | | 29,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMorgan Chase, 35 Wacker Drive Chicago, IL 60603 | | 19,000.00 | NA | NA | 0.00 |
| | PNC Bank, P.O Box 3180 Pittsburgh, PA 15230 | | 66,797.96 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 175,375.30 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,678.13 | 1,678.13 | 1,678.13 |
| Peter N. Metrou | 2200-000 | NA | 43.72 | 43.72 | 41.92 |
| Associated Bank | 2600-000 | NA | 33.16 | 33.16 | 33.16 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 335.63 |
| FactorLaw | 3210-000 | NA | 7,907.75 | 7,907.75 | 7,582.97 |
| FactorLaw | 3220-000 | NA | 342.25 | 342.25 | 328.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,355.01 | $ 10,355.01 | $ 10,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 5800-000 | NA | 1,477.54 | 1,477.54 | 0.00 |
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 7,788.49 | 7,788.49 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 9,266.03 | $ 9,266.03 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 506.63 | 506.63 | 0.00 |
| 3 | CAVALRY SPV I, LLC | 7100-000 | NA | 1,231.65 | 1,231.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 753.24 | 753.24 | 0.00 |
| 4 | LABORERS" PENSION FUND | 7100-000 | NA | 75,358.31 | 75,358.31 | 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 7300-000 | NA | 344.33 | 344.33 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 78,194.16 | $ 78,194.16 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-29366 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PAUL OLEGHE | | | | Date Filed (f) or Converted (c): | 09/14/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/2016 |
| For Period Ending: | 09/17/2018 | | | | Claims Bar Date: | 05/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1224 BLACKHAWK UNIVERSITY PARK IL 60484-0000 WILL | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. 2013 HONDA PILOT MILEAGE: 85000 (APPROX.) | 35,000.00 | 0.00 | | 0.00 | FA |
| 3. 2004 FORD F-350 MILEAGE: (APPROX.) APPROX. | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. 2001 CHEVROLET 250 MILEAGE: (APPROX.) (APPROX.) CAR IS INOPE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 2002 DODGE 150 MILEAGE: (APPROX.) (APPROX.) | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS HOUSEHOLD GOODS (1/2 INTEREST) (APPROX.) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. TELEVISION, COMPUTER, PRINTER, CELL PHONE (APPROX.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS WEARING APPAREL (APPROX.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. NECKLACE, WATCH AND RING (APPROX.) | 500.00 | 0.00 | | 0.00 | FA |
| 10. CASH ON HAND (APPROX.) | 100.00 | 0.00 | | 0.00 | FA |
| 11. JPMORGAN CHASE, N.A. | 2,996.91 | 0.00 | | 0.00 | FA |
| 12. TCF BANK | 504.60 | 0.00 | | 0.00 | FA |
| 13. PNC BANK | 1,086.24 | 0.00 | | 0.00 | FA |
| 14. PTL LANDSCAPING, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15. GREENFIELDS LAWN CARE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 16. OPPENHEIMER | 949.20 | 0.00 | | 0.00 | FA |
| 17. TERM LIFE POLICY WITH ALLSTATE | 0.00 | 0.00 | | 0.00 | FA |
| 18. Preferential Transfer | 20,000.00 | 20,000.00 | | 10,000.00 | FA |
| 19. 2000 Interstate (u) | 100.00 | 100.00 | | 0.00 | FA |
| 20. Oppenheimer (u) | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $160,236.95 | $20,100.00 | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into preferential transfer 10-13-2016.  Motion to employ counsel for the estate for preferential transfer granted 1/19/2017. Adversary for preferential transfer filed 2/8/17 See Dkt#40. Filed Motion to Settle Adversary 12/21/27 see Dkt#50. Order granted on Motion to settle 1/12/2018.

RE PROP #        18     --     SOFA lists $20,000.00 preferential transfer.

Initial Projected Date of Final Report (TFR): 01/01/2018          Current Projected Date of Final Report (TFR): 03/01/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-29366 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PAUL OLEGHE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1685 |
| | Checking |
| Taxpayer ID No: XX-XXX8334 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/18 | 18 | Ivie Investment Company | Settlement payment from Matthew Ikhumen | 1141-000 | $5,000.00 | | $5,000.00 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 04/05/18 | 18 | NIA Home Inc. 1249 West Hood Ave. Chicago, IL 60660 | Court Approved settlement See Dckt# 51 | 1141-000 | $5,000.00 | | $9,990.00 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,980.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.16 | $9,966.84 |
| 07/30/18 | 1001 | CLERK OF THE BANKRUPTCY COURT 219 S. Dearborn Chicago, IL 60604 | Final distribution representing a payment of 95.89 % per court order. | 2700-000 | | $335.63 | $9,631.21 |
| 07/30/18 | 1002 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $1,720.05 | $7,911.16 |
| | | Peter N. Metrou | Final distribution representing a payment of 95.89 % per court order.   ($1,678.13) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 95.88 % per court order.   ($41.92) | 2200-000 | | | |
| 07/30/18 | 1003 | FactorLaw 105 W. Madison, Suite 1500 Chicago, IL 60602 | Distribution | | | $7,911.16 | $0.00 |
| | | FactorLaw | Final distribution representing a payment of 95.89 % per court order.   ($7,582.97) | 3210-000 | | | |
| | | FactorLaw | Final distribution representing a payment of 95.89 % per court order.   ($328.19) | 3220-000 | | | |

| | COLUMN TOTALS | $10,000.00 | $10,000.00 |
|---|---|---|---|
| | Page Subtotals: | $10,000.00 | $10,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1685 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:                    $0.00        $0.00